AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JOSE JIMENEZ a/k/a BARRY ABRAHAM  a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVIDSON

(Name and Address of Defendant)

### CRIMINAL COMPLAINT

CASE NUMBER: 05M–1017–JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____ November 4, 2004 _____ in _____ Springfield and Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make false statements on an application for an U.S. passport with intent to induce or secure the
issuance of a passport under the authority of the United States, for his own use;  and during and in relation to that crime,
knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the name, date of
birth, and social security number of Michael Ian Figueroa

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1542 and 1028A(a)(1) _____ .

I further state that I am a(n) Special Agent,
Diplomatic Security Service, and that this complaint is based on the following
_____ Official Title _____ U.S. Department of State

facts:

see attached affidavit.

Continued on the attached sheet and made a part hereof:    ☒ Yes        ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ 02-08-2005 _____            at        _____ Boston, Massachusetts _____
Date                                                                          City and State

Judith G. Dein
 United States Magistrate Judge                       _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.