UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>)<br>JOSE JIMENEZ a/k/a BARRY     )<br>ABRAHAM a/k/a MICHAEL IAN    )<br>FIGUEROA a/k/a DAVID DAVIDSON, )<br>)<br>Defendant.                 )<br>)<br>) | CRIMINAL NO. 05M-1017-JGD |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint be unsealed. In support of this motion, the government states that the defendant was transferred to federal custody on February 9, 2005, and that there is no further reason to keep the complaint secret.

Dein, M.J.
MOTION ALLOWED
By the Court
Deputy Clerk  2/10/05

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Stephanie Siegmann
B. STEPHANIE SIEGMANN
Assistant U.S. Attorney

Date: February 10, 2005