UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1017-JGD

UNITED STATES OF AMERICA

v.

JOSE JIMENEZ,
a/k/a BARRY ABRAHAM,
a/k/a MICHAEL IAN FIGUEROA,
a/k/a DAVID DAVIDSON

## ORDER

March 2, 2005

DEIN, M.J.

    To the extent that the Government, by way of its Motion to Exclude Time (Docket # 6), seeks excludable time under the Speedy Trial Act for the purpose of extending the period of time within which an indictment must be brought, this court does not have the authority to grant the relief requested. The request must be brought to the miscellaneous business docket.

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge